# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 869 |
| | : | |
| ORDER AMENDING INTERNAL | : | SUPREME COURT RULES DOCKET |
| OPERATING PROCEDURE SECTION | : | |
| 7.A OF THE INTERNAL OPERATING | : | |
| PROCEDURES OF THE SUPREME | : | |
| COURT | | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of May, 2021, it is ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Section 7.A of the Internal Operating Procedures of the Supreme Court is amended as set forth in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.

**Material to be added is bolded and underlined.**